LEONARD T. FINK, ESQ.
Nevada Bar No. 6296
RAVEN YIM, ESQ.
Nevada Bar No. 14972
**SPRINGEL & FINK LLP**
10655 Park Run Drive, Suite 275
Las Vegas, Nevada 89144
Telephone:  (702) 804-0706
Facsimile:   (702) 804-0798
E-Mail:      *lfink@springelfink.com*
             *ryim@springelfink.com*

Attorneys for Defendant,
*Convergent Outsourcing, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

THOMAS BURKETT,

       Plaintiff,

vs.

CONVERGENT OUTSOURCING, INC.,

       Defendant.

Case No.:  2:20-CV-00338-JAD-VCF

## STIPULATION AND ORDER TO EXTEND DEFENDANT CONVERGENT OUTSOURCING, INC.'S TIME TO RESPOND TO COMPLAINT

COMES NOW, Defendant CONVERGENT OUTSOURCING, INC. ("CONVERGENT") and Plaintiff THOMAS BURKETT ("PLAINTIFF")(collectively, the "Parties"), stipulate and agree as follows:

      1.    That CONVERGENT requires additional time to investigate PLAINTIFF's allegations and respond to PLAINTIFF's Complaint.  This is CONVERGENT's first request for an extension; and

/ / /

2. That the Parties hereby stipulate to extend CONVERGENT's time to respond to the Complaint until April 15, 2020.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that CONVERGENT's response to PLAINTIFF's Complaint shall be filed on or before April 15, 2020.

Dated this 2nd day of April, 2020.

KIND LAW                                           SPRINGEL & FINK LLP

*/s/ Michael Kind*                                 */s/ Leonard T. Fink*

By: _____            By: _____
MICHAEL KIND, ESQ.                        LEONARD T. FINK, ESQ.
NEVADA BAR NO. 13903                      NEVADA BAR NO. 6296
8860 SOUTH MARYLAND PARKWAY,               RAVEN YIM, ESQ.
SUITE 106                                  NEVADA BAR NO. 14972
LAS VEGAS, NEVADA 89123                    10655 PARK RUN DRIVE, SUITE 275
                                           LAS VEGAS, NEVADA 89144
*Attorneys for Plaintiff*
                                           *Attorneys for Defendant CONVERGENT*
                                           *OUTSOURCING, INC.*

**IT IS SO ORDERED:**

Dated this ___ day of _____, 2020.
         2nd        April

_____
Cam Ferenbach
United States Magistrate Judge

**STIPULATION AND ORDER TO EXTEND DEFENDANT CONVERGENT OUTSOURCING, INC.'S TIME TO RESPOND TO COMPLAINT**

## CERTIFICATE OF SERVICE
### *THOMAS BURKETT v. CONVERGENT OUTSOURCING, INC.*
### Case No.: 2:20-CV-00338-JAD-VCF

Pursuant to FRCP 5(b), on **April 2, 2020** the foregoing document entitled: *STIPULATION AND ORDER TO EXTEND DEFENDANT CONVERGENT OUTSOURCING, INC.'S TIME TO RESPOND TO COMPLAINT* was served as follows:

  **X    VIA E-SERVICE**:  served upon each of the parties via electronic service through the United States District Court for the District of Nevada's CM/ECF system pursuant to LR 4-1 to those participating in the Court's electronic filing system, as follows:

_____ **VIA U.S. MAIL:** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at Las Vegas Nevada. I am "readily familiar" with the firm's practice of collection and processing correspondence by mailing.  Under that practice, it would be deposited with the U.S. postal service on that same day with postage fully prepaid at Las Vegas, Nevada in the ordinary course of business, addressed as follows:

By:  */s/ Ella Wilczynski*
_____
An employee of SPRINGEL & FINK LLP