George Haines, Esq.
Nevada Bar No. 9411
FREEDOM LAW FIRM, LLC
8985 S. Eastern Avenue, Suite 350
Las Vegas, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: Ghaines@freedomlegalteam.com
*Attorney for Plaintiff, THOMAS BURKETT*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS BURKETT,<br><br>  Plaintiff,<br><br>  v.<br><br>CONVERGENT OUTSOURCING, INC,<br><br>  Defendant. | **Case No. 2:20-cv-00338-JAD-VCF**<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO <u>CONVERGENT OUTSOURCING, INC.</u>**<br><br>ECF No. 13 |

Plaintiff THOMAS BURKETT and Defendant, CONVERGENT OUTSOURCING, INC, hereby stipulate and agree that the above-entitled action

…

…

…

…

…

…

…

…

shall be dismissed *with prejudice* in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, CONVERGENT OUTSOURCING, INC.** Each party shall bear its own attorney's fees, disbursements, and costs of suit.

Dated:       August 24, 2020

| By:<br><br>/s/*George Haines, Esq.*<br>George Haines, Esq.<br>Nevada Bar No. 9411<br>FREEDOM LAW FIRM, LLC<br>8985 S. Eastern Avenue<br>Suite 350<br>Las Vegas, Nevada 89123<br>*Attorney for Plaintiff,*<br>*THOMAS BURKETT* | By:<br><br>/s/*Leonard Fink, Esq.*<br>Leonard T. Fink, Esq.<br>Springel & Fink, LLP<br>10655 W Park Run Dr.<br>Las Vegas, NV 89144<br>*Attorney for Defendant,*<br>*CONVERGENT OUTSOURCING,*<br>*INC.* |
|---|---|

## ORDER

Based on the parties' stipulation **[ECF No. 13]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: August 25, 2020